✎ AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | | COURT NAME AND LOCATION<br>U. S. District Court for the Central District of California<br>312 N. Spring St., Los Angeles, CA   90012-4701 |
|---|---|---|
| DOCKET NO.<br>2:16-cv-8134 | DATE FILED<br>11/1/2016 | |
| PLAINTIFF<br>Tacori Enterprises | | DEFENDANT<br>C. Gonshor's Fine Jewelery, Inc. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See attached. | See attached. | Tacori Enterprises |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☒ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☒ No | DATE RENDERED<br>12/28/2016 |
|---|---|---|
| CLERK<br>Kiry K. Gray | (BY) DEPUTY CLERK<br>*Margo Mead* | DATE<br>12/28/16 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## TACORI COPYRIGHT REGISTRATIONS

| Reg. Number | Title | Effective Registration |
|---|---|---|
| VA-1-813-795 | 37-2 RD 6.5 | 3/22/2012 |
| VA-1-990-074 | 300-2 1/2 | 11/6/2013 |
| VA-1-667-591 | 656 R 2S Tacori Men's "Crescent Silhouette" Ring Design | 4/24/2009 |
| VA-1-429-106 | 2565 RD 9 & 2565 B | 9/22/2006 |
| VA-1-429-107 | 2569 PR 6 & 2569 B | 9/22/2006 |
| VA-1-429-109 | 2571 RD 7 & 2571 B | 9/22/2006 |
| VA-1-429-108 | 2573 PR 7 & 2573 B | 9/22/2006 |
| VA-1-429-105 | 2575 RD 9 & 2575 B | 9/22/2006 |
| VA-1-429-103 | 2576 PR 6.5 & 2576 B | 9/22/2006 |
| VA-1-429-102 | 2577 RD 7.5 & 2577 B | 9/22/2006 |
| VA-1-429-101 | 2578 RD 9 & 2578 B | 9/22/2006 |
| VA-1-429-100 | 2579 EM 8.5 x 6.5 & 2579 B | 9/22/2006 |
| VA-1-429-099 | 2580 RD 8 & 2580 B | 9/22/2006 |
| VA-1-648-998 | 2581 RD 7 | 9/24/2008 |
| VA-1-648-996 | 2582 B | 9/24/2008 |
| VA-1-404-180 | 2584 RD 6.5 Tacori Single "Crescent Silhouette" Ring | 2/26/2007 |
| VA-1-736-898 | 2590 RD 5.5 | 8/6/2010 |
| VA-1-648-999 | 2592 B | 9/24/2008 |
| VA-1-641-554 | 2592 RD 5.5 | 9/22/2008 |
| VA-1-667-127 | 2593 RD 5.5 | 10/20/2008 |
| VA-1-667-128 | 2593 B | 10/20/2008 |
| VA-1-429-104 | 2603 RD 7.5 & 2603 B | 9/22/2006 |
| VA-1-659-189 | 2616 RD 6.5 Tacori "Crescent Silhouette" Ring Design | 10/28/2008 |
| VA-1-668-685 | 2620 EC LG P | 5/18/2009 |
| VA-1-418-917 | 2623 RD MD Tacori "Crescent Silhouette" Ring | 6/15/2007 |
| VA-1-417-996 | 2625 RD 7.5 Tacori "Crescent Silhouette" Ring | 6/15/2007 |
| VA-1-406-478 | 2627 RD LG Tacori "Crescent Silhouette" Ring | 4/27/2007 |
| VA-1-655-203 | 2628 PR P | 12/19/2008 |
| VA-1-417-997 | 2629 RD 6.5 Tacori Ring | 6/15/2007 |
| VA-1-654-433 | 2634 RD | 12/4/2008 |
| VA-1-732-607 | 2638 PR P 5.5 | 8/4/2010 |
| VA-1-732-613 | 2639 RD P 6.5 | 8/4/2010 |
| VA-1-732-614 | 2640 RD 6.5 | 8/4/2010 |
| VA-1-732-615 | 2641 CUP 6.5 | 8/4/2010 |
| VA-1-732-616 | 2642 RD 6.5 | 8/4/2010 |
| VA-1-647-996 | 3001 Tacori's Interchangeable Head Ring Design | 7/16/2008 |
| VA-1-650-643 | 3002 Tacori's Interchangeable Head Ring Design | 10/8/2008 |
| VA-1-133-133 | BA 4223 Tacori "Serendipity" Ring Design | 4/12/2002 |
| VA-1-237-014 | BA 4223 Tacori "Serendipity" Ring Design | 12/29/2003 |
| VA-1-133-134 | BA 4278 Tacori "Serendipity" Ring Design | 4/12/2002 |
| VA-1-355-944 | FB 500 Tacori Bracelet | 10/17/2005 |
| VA-1-649-824 | FB 627 | 10/13/2008 |
| VA-1-684-803 | FB 658 Tacori Champagne Sunset Collection Fashion Bracelet | 6/9/2008 |
| VA-1-728-201 | FB 659 Tacori Champagne Sunset Collection Fashion Bracelet | 6/9/2008 |
| VA-1-417-317 | FC 104-24 Tacori Chain | 6/15/2007 |
| VA-1-417-998 | FC 106-24 Tacori Chain | 6/15/2007 |
| VA-1-335-953 | FE 518 Tacori Earrings | 10/17/2005 |
| VA-1-331-609 | FE 526 Tacori Earrings | 10/17/2005 |

## TACORI COPYRIGHT REGISTRATIONS

| Reg. Number | Title | Effective Registration |
|---|---|---|
| VA-1-331-613 | FE 539 Tacori Earrings | 10/17/2005 |
| VA-1-331-612 | FE 553 Tacori Earrings | 10/17/2005 |
| VA-1-331-611 | FE 554 Tacori Earrings | 10/17/2005 |
| VA-1-330-242 | FE 557 Tacori Earrings | 10/17/2005 |
| VA-1-426-295 | FE 578 Tacori Earrings | 3/22/2007 |
| VA-1-400-491 | FE 588 Tacori Earrings | 2/14/2007 |
| VA-1-406-479 | FE 593 Tacori "Crescent Silhouette" Earrings | 4/27/2007 |
| VA-1-667-129 | FE 595 | 10/20/2008 |
| VA-1-650-740 | FE 597 | 10/23/2008 |
| VA-1-406-480 | FE 600 Tacori "Crescent Silhouette" Earrings | 4/27/2007 |
| VA-1-406-476 | FE 602 Tacori "Crescent Silhouette" Earrings | 4/27/2007 |
| VA-1-406-481 | FE 606 Tacori "Crescent Silhouette" Earrings | 4/27/2007 |
| VA-1-406-477 | FE 612 Tacori "Crescent Silhouette" Earrings | 4/27/2007 |
| VA-1-406-482 | FE 618 Tacori "Crescent Silhouette" Earrings | 4/27/2007 |
| VA-1-667-130 | FE 642 | 6/8/2007 |
| VA-1-655-087 | FE 802 | 6/11/2007 |
| VA-1-666-829 | FE 1017 | 4/14/2009 |
| VA-1-330-240 | FN 536 Tacori Pendant | 10/17/2005 |
| VA-1-330-239 | FN 538 Tacori Pendant | 10/17/2005 |
| VA-1-335-945 | FN 551 Tacori Pendant | 10/17/2005 |
| VA-1-331-610 | FN 552 Tacori Pendant | 10/17/2005 |
| VA-1-335-947 | FP 501 Tacori Heart Pendants | 10/17/2005 |
| VA-1-335-946 | FP 502 Tacori Heart Pendants | 10/17/2005 |
| VA-1-335-955 | FP 503 Tacori Heart Pendants | 10/17/2005 |
| VA-1-335-956 | FP 504 Tacori Pendant | 10/17/2005 |
| VA-1-335-954 | FP 510 Tacori Pendants | 10/17/2005 |
| VA-1-331-608 | FP 525 Tacori Pendant | 10/17/2005 |
| VA-1-335-952 | FP 526 Tacori Pendants | 10/17/2005 |
| VA-1-335-950 | FP 527 Tacori Pendant | 10/17/2005 |
| VA-1-335-951 | FP 530 Tacori Star of David Pendant | 10/17/2005 |
| VA-1-331-614 | FP 531 Tacori Star of David Pendant | 10/17/2005 |
| VA-1-335-948 | FP 553 Tacori Cross Pendant | 10/17/2005 |
| VA-1-335-949 | FP 555 Tacori Pendant | 10/17/2005 |
| VA-1-330-241 | FP 556 Tacori Pendant | 10/17/2005 |
| VA-1-650-886 | FP 561 | 10/28/2008 |
| VA-1-335-943 | FP 562 Tacori Pendant | 10/17/2005 |
| VA-1-664-599 | FP 565 | 3/9/2009 |
| VA-1-664-598 | FP 569 | 3/9/2009 |
| VA-1-406-483 | FP 571 Tacori "Crescent Silhouette" Pendant | 4/27/2007 |
| VA-1-650-739 | FP 578 | 10/23/2008 |
| VA-1-649-573 | FP 589 | 10/7/2008 |
| VA-1-406-475 | FP 590 Tacori "Crescent Silhouette" Pendant | 4/27/2007 |
| VA-1-401-467 | FP 601 A Tacori Initial Pendant | 1/31/2007 |
| VA-1-622-643 | FP 601 B Tacori Initial Pendant | 8/16/2007 |
| VA-1-622-644 | FP 601 C Tacori Initial Pendant | 8/16/2007 |
| VA-1-622-645 | FP 601 D Tacori Initial Pendant | 8/16/2007 |
| VA-1-627-744 | FP 601 E Tacori Initial Pendant | 9/7/2007 |
| VA-1-627-742 | FP 601 F Tacori Initial Pendant | 9/7/2007 |
| VA-1-625-466 | FP 601 G Tacori Initial Pendant | 9/28/2007 |
| VA-1-625-459 | FP 601 H Tacori Initial Pendant | 9/28/2007 |

TACORI COPYRIGHT REGISTRATIONS

| Reg. Number | Title | Effective Registration |
|---|---|---|
| VA-1-749-857 | FP 603 PK | 11/22/2010 |
| VA-1-411-177 | FP 610 Tacori "Crescent Silhouette" Necklace | 6/13/2007 |
| VA-1-657-794 | FP 622 | 11/21/2008 |
| VA-1-656-037 | FP 625 | 1/8/2009 |
| VA-1-650-060 | FP 639 | 10/17/2008 |
| TXu1-369-251 | FP 655 Birth of a Child Pendant | 7/17/2007 |
| VA-1-654-432 | FP 656 Y | 12/4/2008 |
| VA-1-677-674 | FP 668 Y | 7/10/2009 |
| VA-1-650-063 | FR 801 | 10/17/2008 |
| VA-1-625-798 | FR 805 Y Tacori "Crescent Silhouette" Ring | 10/10/2007 |
| VA-1-147-456 | HT 2196 Tacori "Serendipity" Ring Design | 4/12/2002 |
| VA-1-237-016 | HT 2196 Tacori "Serendipity" Ring Design | 12/29/2003 |
| VA-1-342-539 | HT 2196 Tacori "Serendipity" Ring Design | 10/28/2005 |
| VA-1-147-455 | HT 2229 A Tacori "Crescent Silhouette" Ring Design | 4/12/2002 |
| VA-1-237-015 | HT 2229 A Tacori "Crescent Silhouette" Ring Design | 12/29/2003 |
| VA-1-327-585 | HT 2229 A Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-120-166 | HT 2229 Tacori "Crescent Silhouette" Ring Design | 7/31/2001 |
| VA-1-237-005 | HT 2229 Tacori "Crescent Silhouette" Ring Design | 12/29/2003 |
| VA-1-327-576 | HT 2229 Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-133-132 | HT 2255 Tacori "Crescent Silhouette" Ring Design | 4/12/2002 |
| VA-1-237-013 | HT 2255 Tacori "Crescent Silhouette" Ring Design | 12/29/2003 |
| VA-1-327-584 | HT 2255 Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-133-131 | HT 2256 Tacori "Crescent Silhouette" Ring Design | 4/12/2002 |
| VA-1-237-012 | HT 2256 Tacori "Crescent Silhouette" Ring Design | 12/29/2003 |
| VA-1-327-583 | HT 2256 Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-120-165 | HT 2257 Tacori "Crescent Silhouette" Ring Design | 7/31/2001 |
| VA-1-237-004 | HT 2257 Tacori "Crescent Silhouette" Ring Design | 12/29/2003 |
| VA-1-327-575 | HT 2257 Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-225-357 | HT 2258 Tacori "Crescent Silhouette" Ring Design | 12/3/2002 |
| VA-1-327-600 | HT 2258 Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-187-167 | HT 2259 B Tacori "Crescent Silhouette" Ring Design | 12/3/2002 |
| VA-1-237-021 | HT 2259 B Tacori "Crescent Silhouette" Ring Design | 12/29/2003 |
| VA-1-327-590 | HT 2259 B Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-187-165 | HT 2259 Tacori "Crescent Silhouette" Ring Design | 12/3/2002 |
| VA-1-237-019 | HT 2259 Tacori "Crescent Silhouette" Ring Design | 12/29/2003 |
| VA-1-327-588 | HT 2259 Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-225-358 | HT 2260 D Tacori "Crescent Silhouette" Ring Design | 12/3/2002 |
| VA-1-327-631 | HT 2260 D Tacori "Crescent Silhouette" Ring Design | 8/29/2005 |
| VA-1-120-167 | HT 2260 Tacori "Crescent Silhouette" Ring Design | 7/31/2001 |
| VA-1-237-006 | HT 2260 Tacori "Crescent Silhouette" Ring Design | 12/29/2003 |
| VA-1-327-577 | HT 2260 Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-133-130 | HT 2261 Tacori "Crescent Silhouette" Ring Design | 4/12/2002 |
| VA-1-237-011 | HT 2261 Tacori "Crescent Silhouette" Ring Design | 12/29/2003 |
| VA-1-327-582 | HT 2261 Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-226-096 | HT 2262 S Tacori "Crescent Silhouette" Ring Design | 12/3/2002 |
| VA-1-327-611 | HT 2262 S Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-225-353 | HT 2263 A Tacori "Crescent Silhouette" Ring Design | 12/3/2002 |
| VA-1-327-596 | HT 2263 A Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-133-127 | HT 2264 Tacori "Crescent Silhouette" Ring Design | 4/12/2002 |
| VA-1-237-008 | HT 2264 Tacori "Crescent Silhouette" Ring Design | 12/29/2003 |

TACORI COPYRIGHT REGISTRATIONS

| Reg. Number | Title | Effective Registration |
|---|---|---|
| VA-1-327-579 | HT 2264 Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-225-354 | HT 2265 A Tacori "Crescent Silhouette" Ring Design | 12/3/2002 |
| VA-1-327-597 | HT 2265 A Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-225-356 | HT 2266 A Tacori "Crescent Silhouette" Ring Design | 12/3/2002 |
| VA-1-327-599 | HT 2266 A Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-172-897 | HT 2267 S Tacori "Crescent Silhouette" Ring Design | 12/3/2002 |
| VA-1-237-017 | HT 2267 S Tacori "Crescent Silhouette" Ring Design | 12/29/2003 |
| VA-1-327-586 | HT 2267 S Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-251-774 | HT 2270 Tacori Crescent Silhouette Ring Design | 7/31/2001 |
| VA-1-133-128 | HT 2271 Tacori "Crescent Silhouette" Ring Design | 4/12/2002 |
| VA-1-237-009 | HT 2271 Tacori "Crescent Silhouette" Ring Design | 12/29/2003 |
| VA-1-327-580 | HT 2271 Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-133-129 | HT 2272 Tacori "Crescent Silhouette" Ring Design | 4/12/2002 |
| VA-1-237-010 | HT 2272 Tacori "Crescent Silhouette" Ring Design | 12/29/2003 |
| VA-1-327-581 | HT 2272 Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-133-126 | HT 2273 Tacori "Crescent Silhouette" Ring Design | 4/12/2002 |
| VA-1-237-007 | HT 2273 Tacori "Crescent Silhouette" Ring Design | 12/29/2003 |
| VA-1-327-578 | HT 2273 Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-225-359 | HT 2275 Tacori "Crescent Silhouette" Ring Design | 12/3/2002 |
| VA-1-327-601 | HT 2275 Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-225-360 | HT 2276 Tacori "Crescent Silhouette" Ring Design | 12/3/2002 |
| VA-1-327-602 | HT 2276 Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-187-168 | HT 2277 Tacori "Crescent Silhouette" Ring Design | 12/3/2002 |
| VA-1-237-022 | HT 2277 Tacori "Crescent Silhouette" Ring Design | 12/29/2003 |
| VA-1-327-591 | HT 2277 Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-225-361 | HT 2278 Tacori "Crescent Silhouette" Ring Design | 12/3/2002 |
| VA-1-327-603 | HT 2278 Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-225-355 | HT 2280 Tacori "Crescent Silhouette" Ring Design | 12/3/2002 |
| VA-1-327-598 | HT 2280 Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-225-362 | HT 2283 D Tacori "Crescent Silhouette" Ring Design | 12/3/2002 |
| VA-1-327-604 | HT 2283 D Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-225-363 | HT 2284 Tacori "Crescent Silhouette" Ring Design | 12/3/2002 |
| VA-1-327-605 | HT 2284 Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-187-166 | HT 2294 Tacori "Crescent Silhouette" Ring Design | 12/3/2002 |
| VA-1-237-020 | HT 2294 Tacori "Crescent Silhouette" Ring Design | 12/29/2003 |
| VA-1-327-589 | HT 2294 Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VAu 574-463 | HT 2297 Tacori "Crescent Silhouette" Ring Design | 12/3/2002 |
| Vau 613-015 | HT 2297 Tacori "Crescent Silhouette" Ring Design | 12/29/2003 |
| VA-1-213-946 | HT 2299 Tacori "Crescent Silhouette" Ring Design | 12/3/2002 |
| VA-1-327-594 | HT 2299 Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-213-945 | HT 2302 Tacori "Crescent Silhouette" Ring Design | 12/3/2002 |
| VA-1-327-593 | HT 2302 Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-213-944 | HT 2306 B Tacori Crescent Silhouette Ring Design | 12/3/2002 |
| VA-1-327-592 | HT 2306 B Tacori Crescent Silhouette Ring Design | 8/22/2005 |
| VA-1-213-947 | HT 2306 Tacori Crescent Silhouette Ring Design | 12/3/2002 |
| VA-1-327-595 | HT 2306 Tacori Crescent Silhouette Ring Design | 8/22/2005 |
| VA-1-172-898 | HT 2319 Tacori "Crescent Silhouette" Ring Design | 12/3/2002 |
| VA-1-237-018 | HT 2319 Tacori "Crescent Silhouette" Ring Design | 12/29/2003 |
| VA-1-327-587 | HT 2319 Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-225-364 | HT 2324 Tacori "Crescent Silhouette" Ring Design | 12/3/2002 |

TACORI COPYRIGHT REGISTRATIONS

| Reg. Number | Title | Effective Registration |
|---|---|---|
| VA-1-327-606 | HT 2324 Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-225-365 | HT 2326 Tacori "Crescent Silhouette" Ring Design | 12/3/2002 |
| VA-1-327-607 | HT 2326 Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-225-366 | HT 2352 Tacori "Crescent Silhouette" Ring Design | 12/3/2002 |
| VA-1-327-608 | HT 2352 Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-225-367 | HT 2353 Tacori "Crescent Silhouette" Ring Design | 12/3/2002 |
| VA-1-327-609 | HT 2353 Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-225-368 | HT 2358 Tacori "Hand Engraved" Ring Design | 12/3/2002 |
| VA-1-327-610 | HT 2358 Tacori "Hand Engraved" Ring Design | 8/22/2005 |
| VA-1-655-208 | HT 2371 | 12/19/2008 |
| VA-1-288-811 | HT 2425 B Tacori "Crescent Silhouette" Ring Design | 10/27/2004 |
| VA-1-327-615 | HT 2425 B Tacori "Crescent Silhouette" Ring Design | 8/22/2005 |
| VA-1-288-810 | HT 2425 Tacori Crescent Silhouette Ring Design | 10/27/2004 |
| VA-1-327-614 | HT 2425 Tacori Crescent Silhouette Ring Design | 8/22/2005 |
| VA-1-429-110 | HT 2430 B & HT 2430 | 9/22/2006 |
| VA-1-290-384 | HT 2509 B Tacori Crescent Silhouette Ring Design | 4/5/2004 |
| VA-1-290-383 | HT 2509 PR Tacori Crescent Silhouette Ring Design | 4/5/2004 |
| VA-1-649-453 | HT 2510 Tacori Reverse Crescent Silhouette Ring Design | 8/11/2008 |
| VA-1-749-171 | HT 2510 B | 11/17/2010 |
| VA-1-288-809 | HT 2511 A Tacori Crescent Silhouette Ring Design | 10/27/2004 |
| VA-1-301-902 | HT 2511 Tacori "Crescent Silhouette" Ring Design | 10/27/2004 |
| VA-1-654-434 | HT 2513 | 12/4/2008 |
| VA-1-748-093 | HT 2514 RD Tacori "Crescent Silhouette" Ring Design | 6/16/2009 |
| VA-1-749-235 | HT 2515 RD 8 1/2 X | 11/17/2010 |
| VA-1-732-629 | HT 2516 CU 6.5 | 8/4/2010 |
| VA-1-301-901 | HT 2530 Tacori "Crescent Silhouette" Ring Design | 10/27/2004 |
| VA-1-649-571 | HT 2531 B Tacori "Crescent Silhouette" Ring Design | 10/7/2008 |
| VA-1-288-808 | HT 2531 Tacori Crescent Silhouette Ring Design | 10/27/2004 |
| VA-1-650-061 | HT 2532 Tacori "Crescent Silhouette" Ring Design | 10/17/2008 |
| VA-1-654-435 | HT 2533 SM 1/2 X | 12/4/2008 |
| VA-1-301-900 | HT 2534 Tacori "Crescent Silhouette" Ring Design | 10/27/2004 |
| VA-1-650-559 | HT 2535 Tacori "Crescent Silhouette" Ring Design | 10/23/2008 |
| VA-1-288-807 | HT 2537 Tacori Crescent Silhouette Ring Design | 10/27/2004 |
| VA-1-814-152 | HT 2601 PR 8.5 | 3/27/2012 |
| VA-1-889-076 | SB178Y-M | 11/7/2013 |
| VA-1-687-286 | SE 11004 | 9/23/2009 |
| VA-1-687-097 | SE 11005 | 9/22/2009 |
| VA-1-687-287 | SE 21009 | 9/23/2009 |
| VA-1-686-931 | SR 11008 | 9/21/2009 |
| VA-1-686-929 | SR 11011 | 9/21/2009 |
| VA-1-687-679 | SR 11016 | 9/30/2009 |
| VA-1-687-098 | SR 21015 | 9/22/2009 |