TUCKER ELLIS LLP
Howard A. Kroll - SBN 100981
howard.kroll@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:	213.430.3400
Facsimile:	213.430.3409

Attorneys for Plaintiff
TACORI ENTERPRISES

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TACORI ENTERPRISES<br><br>            Plaintiff,<br><br>   v.<br><br>C. GONSHOR'S FINE JEWELRY, INC.<br><br>            Defendant. | Case No. 2:16-cv-08134<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST C. GONSHOR'S FINE JEWELRY, INC.** |

      Plaintiff Tacori Enterprises ("Tacori"), and Defendant C. Gonshor's Fine Jewelry, Inc. ("Gonshor"), agree to the entry of this Consent Judgment and Permanent Injunction against Gonshor.

      Therefore, it is hereby ORDERED, ADJUDGED and DECREED as follows:

      1.    This case is a civil action arising under the Trademark and Copyright the Laws of the United States, 15 U.S.C. §§ 1051, *et seq*. and 17 U.S.C. §§ 101, *et seq*., respectively. This Court has subject matter jurisdiction over these claims under 15 U.S.C. § 1121, 17 U.S.C. § 501 and 28 U.S.C. §§ 1331 and 1338(a).

      2.    Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and 1400(a).

      3.    Tacori is a California corporation with its principal place of business at 1736 Gardena Avenue, Glendale, California.

4. Gonshor has its principal place of business at 640 So. Hill Street, Room A546, Los Angeles, CA 90014.

5. For over 35 years, Tacori has been an innovator in the design, creation, and marketing of fine jewelry. Tacori designs its own jewelry and has created exclusive collections from only top quality platinum and 18 or 22 karat gold.

6. Tacori owns United States Trademark Registration No. 3,728,425 (the "TACORI TRADEMARK") for jewelry which incorporates the same distinctive design as follows: "the appearance of two essentially concentric rings, with one of the rings having a larger diameter than the other. Embedded between the rings are repeating semi-circles or arcs which appear contiguous to each other. A space is created between the contiguous semi-circles or arcs." A copy of Trademark Registration No. 3,728,425 is attached to this Judgment as Exhibit A.

7. The TACORI TRADEMARK is valid, strong, enforceable and widely known and recognized among jewelers and consumers throughout the United States.

8. The TACORI TRADEMARK is unique and distinctive and, as such, designates a single source of origin.

9. As a result of Tacori's extensive and exclusive use, the TACORI TRADEMARK has developed extensive goodwill in the market and is extremely valuable to Tacori. Tacori expends substantial effort and expense to protect the TACORI TRADEMARK and its distinctiveness in the marketplace.

10. At all relevant times, Tacori complied in all respects with the Copyright Acts, 17 U.S.C. § 101, *et seq.*, and secured the exclusive rights and privileges in and to the copyrights of U.S. Copyright Registrations for the Tacori Crescent Jewelry (collectively the "TACORI COPYRIGHTS"). A list of the TACORI COPYRIGHTS is attached to this Judgment as Exhibit B.

11. The TACORI COPYRIGHTS are valid, strong and enforceable.

12. Gonshor and Gonshor's officers, directors, employees, representatives, agents, successors-in-interest, parent corporations, subsidiary corporations, legal entities

or persons controlled by Gonshor, and all other persons who are in active concert or participation with them, are hereby permanently enjoined from:

    a. Copying or making unauthorized use of, or engaging in any unauthorized distribution of products protected by the TACORI TRADEMARK or rings that are confusingly similar to the TACORI TRADEMARK;

    b. Copying or making unauthorized use of, or engaging in any unauthorized distribution of products protected by the TACORI COPYRIGHTS or rings that are substantially similar to the TACORI COPYRIGHTS

    c. Selling, distributing, advertising, manufacturing or purchasing any and all variants within Gonshor Ring Style No. 7237 (the "Gonshor Ring") or any ring substantially similar to the Gonshor Ring; and

    d. Knowingly assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs 12(a) through 12(b) above.

13. Within thirty days of the date of this Order, Gonshor shall destroy all of the Gonshor Rings in its possession.

14. The parties waive notice of entry of this Consent Judgment and Permanent Injunction and the right to appeal therefrom or to test its validity and consent to its immediate entry in accordance with its terms. This Court expressly retains jurisdiction over this matter to enforce, implement or construe this Consent Judgment and Permanent Injunction.

SO ORDERED.

DATED: December 28, 2016

                                            _____
                                            United States District Judge

The individuals executing this Consent Judgment and Permanent Injunction represent or confirm that they are duly authorized to do so, and are similarly authorized to bind their respective clients to this Consent Judgment and Permanent Injunction.

CONSENTED TO:

Dated: December 27, 2016                TUCKER ELLIS, LLP


By:  /s/Howard A. Kroll
     Howard A. Kroll
     Attorneys for Plaintiff
     TACORI ENTERPRISES


Dated: December 27, 2016                LAW OFFICES OF LEON SMALL


By:  /s/Leon Small*
     Leon Small
     Attorneys for Defendant
     C. GONSHOR'S FINE
     JEWELRY, INC.

*Pursuant to Local Rule 5-4.3.4(a)(2), the filing party attests that Defendant's counsel concurs in the content of this Consent Judgment and Permanent Injunction and has authorized its filing with his electronic signature.